|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **UNITED STATES DISTRICT COURT** | |
| 9 | **EASTERN DISTRICT OF CALIFORNIA** | |
| 10 | | |
| 11 | JUAN MONTENEGRO, | Case No.: 1:19-cv-00430-SAB (PC) |
| 12 | Plaintiff, | |
| 13 | v. | ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION |
| 14 | DAVID MOORE, et.al., | |
| 15 | Defendants. | FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| 16 | | |
| 17 | | [ECF No. 10] |

Plaintiff Juan Montenegro is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 15, 2019, the undersigned screened Plaintiff's complaint and found that Plaintiff stated a cognizable excessive force claim against Defendants D. Moore and M. Garcia. (ECF No. 9.) The Court granted Plaintiff the opportunity to file a first amended complaint or notify the Court of his intent to proceed only on the excessive force claim.

On May 1, 2019, Plaintiff notified the Court of his intent to proceed only on the excessive force claim against Defendants D. Moore and M. Garcia. (ECF No. 10.) As a result, the Court will recommend that this action only proceed on the excessive force claim Defendants D. Moore and M. Garcia, and all other claims and Defendants be dismissed for the reasons stated in the Court's April 15, 2019, screening order. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell

Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a Fresno District Judge to this action.

Furthermore, it is HEREBY RECOMMENDED that:

1. This action shall proceed on Plaintiff's excessive force claim against Defendants M. Moore and M. Garcia; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **May 8, 2019**

UNITED STATES MAGISTRATE JUDGE