UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONTENEGRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MOORE, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00430-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Juan Montenegro is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2019, the assigned magistrate judge screened plaintiff's complaint and found that he had alleged cognizable excessive use of force claims against defendants D. Moore and M. Garcia, but that plaintiff did not otherwise allege any cognizable claims against any other defendant. (Doc. No. 9.) The magistrate judge granted plaintiff the opportunity to file an amended complaint or to notify the court of his intent to proceed only on the cognizable excessive force claims. (*Id.* at 9.) On May 1, 2019, plaintiff notified the court of his intent to proceed only on the cognizable excessive force claims. (Doc. No. 10.)

On May 9, 2019, the magistrate judge issued the pending findings and recommendations, recommending that the instant action proceed only on plaintiff's excessive force claims against

defendants D. Moore and M. Garcia and that all other defendants and claims be dismissed due to plaintiff's failure to state a cognizable claim. (Doc. No. 13.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 2.) To date, plaintiff has not filed any objections, and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 9, 2019 (Doc. No. 13) are adopted in full;
2. This action now proceeds only on plaintiff's excessive use of force claims against defendants D. Moore and M. Garcia;
3. All other claims and defendants are dismissed due to plaintiff's failure to state a cognizable claim for relief; and
4. The matter is referred back to the magistrate judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **June 28, 2019**

UNITED STATES DISTRICT JUDGE