# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONTENEGRO,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID MOORE, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00430-DAD-SAB (PC)<br><br>ORDER VACATING STAY OF ACTION ENTERED ON SEPTEMBER 6, 2019<br><br>[ECF No. 19] |

Plaintiff Juan Montenegro is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 8, 2019, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference in this case, and the case did not settle. Accordingly, it is HEREBY ORDERED that the stay issued on September 6, 2019, is HEREBY VACATED, and the Court will issue the Discovery and Scheduling Order in due course.

IT IS SO ORDERED.

Dated: **November 12, 2019**

                                                  UNITED STATES MAGISTRATE JUDGE