# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONTENEGRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MOORE, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00430-DAD-SAB (PC)<br><br>ORDER VACATING DISCOVERY AND SCHEDULING ORDER AND DIRECTING DEFENDANTS TO FILE A RESPONSE WITHIN TWENTY DAYS<br><br>[ECF No. 24] |

Plaintiff Juan Montenegro is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 13, 2019, the Court inadvertently issued a Discovery and Scheduling prematurely. Accordingly, it is HEREBY ORDERED that:

1. The Court's November 13, 2019, Discovery and Scheduling order is VACATED; and
2. Within **twenty (20)** days from the date of service of this order Defendants shall file a response to the complaint.

IT IS SO ORDERED.

Dated: __November 13, 2019__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1